GRUENDER, Circuit Judge,
concurring.
I join the majority in rejecting Harvey’s challenge to the district court’s decision on his motion to withdraw his plea. In light of the Government’s concession, I also join the decision to remand this case to the district court with instructions to vacate one of Harvey’s convictions. However, because the district court imposed the same sentence on each child-pornography count and determined that the sentences would run concurrently, I would not disturb Harvey’s 74-month sentence. Instead, I would instruct the district court only to vacate one count of conviction and its associated $100 special assessment. See United States v. Grimes, 702 F.3d 460, 469 (8th Cir. 2012) (finding a double jeopardy violation but concluding that resentencing was unnecessary because the district court had imposed concurrent sentences for the five vacated convictions and one affirmed conviction).